# Court of Appeals of the State of Georgia

ATLANTA,  April 14, 2021

*The Court of Appeals hereby passes the following order:*

## A21A1141. RECO COUSINS v. UNIVERSITY OF WEST GEORGIA, et al.

Reco Cousins, an inmate, attempted to file a lawsuit against the University of West Georgia, Megan Luther, Alicia Denise Baker, and Theresa Jablecki-Kriel, but on December 31, 2020, the trial court entered an order denying the filing of the lawsuit and Cousins's request to proceed in forma pauperis. Cousins then filed a notice of appeal on March 3, 2021. We lack jurisdiction for two reasons.

First, because Cousins is incarcerated, his appeal is controlled by the Prison Litigation Reform Act of 1996, OCGA § 42-12-1 et seq. Under OCGA § 42-12-8, an appeal of a civil action filed by a prisoner "shall be as provided in Code Section 5-6-35." And under OCGA § 5-6-35, the party wishing to appeal must file an application for discretionary review in the appropriate appellate court. Because a prisoner has no right of direct appeal in civil cases, we lack jurisdiction to consider this direct appeal from the trial court's order. See *Jones v. Townsend*, 267 Ga. 489, 490 (480 SE2d 24) (1997).

Second, Cousins's notice of appeal is also untimely. A notice of appeal must be filed within 30 days after the entry of the order or judgment to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Rowland v. State*, 264 Ga. 872,

872 (1) (452 SE2d 756) (1995). Here, Cousins filed this notice of appeal 62 days after the trial court's order. Consequently, this appeal is untimely.

For the foregoing reasons, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __04/14/2021__

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*